# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> Mosqueda ) <br> Defendant. ) <br> ) | Case No.: CR 10-00989-GHK-17 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence by ∆; nature of chrgs; no interview___

and/~~or~~

B. (✓) The defendant has not met ~~his~~/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _no evidence by Δ_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6/6/13

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE